Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−10395−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edward Sean Nevius
42 Fairfield Rd
east Brunswick, nj 08816

Christina Marie Nevius
42 Fairfield Rd
East Brunswick, NJ 08816−3648

Social Security No.:
xxx−xx−9235

xxx−xx−4967

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         3/3/20
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 13, 2020
JAN: vpm

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                      Case No. 20-10395-MBK
Edward Sean Nevius                                          Chapter 13
Christina Marie Nevius
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Jan 13, 2020
                              Form ID: 132             Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2020.
```
db/jdb          +Edward Sean Nevius,    Christina Marie Nevius,    42 Fairfield Rd,
                  east Brunswick, nj 08816-3648
518655279       +BARCLAYS BANK DELAWARE,    125 SW Street in,    Wilmington, DE 19808-4630
518655281        CENTRAL JERSEY PEDIATRIC DENTISTRY & OR,    176 Summerhill Rd,    East Brunswick, NJ  08816-4908
518655282        CITIBANK/ BEST BUY,    7 Entin Rd,    Parsippany, NJ  07054-5020
518655284        FIRSTSOURCE ADVANTAGE LLC,    PO Box 628,    Buffalo, NY  14240-0628
518655285        KML LAW GROUP,    2166 HADDON AVE STE 406,    Westmont, NJ  08108
518655286        LVNV FUNDING/ RESURGENT,    6801 S Cimarron Rd Ste 424J,    Las Vegas, NV  89113-2273
518655291        PRESSLER FELT WARSHAW,    7 Entin Rd,    Parsippany, NJ  07054-5020
518655292        PROSPER MARKEYPLACE,    221 Main St Ste 300,    San Francisco, CA  94105-1909
518655293        ROUNDPOINT,    PO Box 19409,    Charlotte, NC  28219-9409
518655294        ROUNDPOINT/ DRAPER AND KRAMER MORTGAGE,    5016 Parkway Plaza Blvd Ste 200,
                   Charlotte, NC  28217-1930
518655295      ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
                 (address filed with court:  SNAP ON CREDIT LLC,    950 Technology Way Ste 301,
                   Libertyville, IL  60048-5339)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 13 2020 23:54:05      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 13 2020 23:54:03      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518655280       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 14 2020 00:00:43      CAPITAL ONE,
                  1680 Capital One Dr,    McLean, VA  22102-3407
518655283      +E-mail/Text: mediamanagers@clientservices.com Jan 13 2020 23:53:03      CLIENT SERVICE,
                  3451 Harry S Truman Blvd,    Saint Charles, MO  63301-9816
518655287       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 14 2020 00:00:01      MERRICK BANK CORP,
                  10705 S Jordan Gtwy Ste 200,    South Jordan, UT  84095-3977
518655288       E-mail/Text: bankruptcydpt@mcmcg.com Jan 13 2020 23:54:02      MIDLAND FUNDING LLC,
                  2365 Northside Dr Ste 300,    San Diego, CA  92108-2709
518655290       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 14 2020 00:23:08
                  Portfolio Recovery Associates,    120 Corporate Blvd Ste 100,    Norfolk, VA  23502-4952
518655289       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 14 2020 00:00:11
                  Portfolio Recovery Assocates,    120 Corporate Blvd Ste 100,    Norfolk, VA  23502-4952
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2020 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Edward Hanratty    on behalf of Debtor Edward Sean Nevius
               thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com
              Edward Hanratty    on behalf of Joint Debtor Christina Marie Nevius
               thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Jan 13, 2020
                               Form ID: 132             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
TOTAL: 4