| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

| | |
|---|---|
| In re:<br><br>Edward Sean Nevius<br>Christina Marie Nevius<br><br><br>Debtor(s) | Case No.: 20-10395 / MBK<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge: Michael B. Kaplan |

**TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS**

The Standing Chapter 13 Trustee, Albert Russo, submits his objection(s) to the Debtors' Claim of Exemptions the reason(s) set forth below:

- **The Debtor has exceeded the available 522(d)(5) exemption.**
- **The Debtor must demonstrate he is entitled to the 522(d)(12) exemption taken on the JP Morgan account.**

Dated: April 2, 2020                                          /s/ Albert Russo

                                                                          Albert Russo, Standing Chapter 13 Trustee
                                                                          By: David Martin, Staff Attorney

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Edward Sean Nevius<br>Christina Marie Nevius<br><br><br>Debtor(s) | Case No.: 20-10395 / MBK<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge: Michael B. Kaplan |

**TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS**

The Standing Chapter 13 Trustee, Albert Russo, submits his objection(s) to the Debtors' Claim of Exemptions the reason(s) set forth below:

- **The Debtor has exceeded the available 522(d)(5) exemption.**
- **The Debtor must demonstrate he is entitled to the 522(d)(12) exemption taken on the JP Morgan account.**

Dated:  April 2, 2020          /s/ Albert Russo

                              Albert Russo, Standing Chapter 13 Trustee
                              By:  David Martin, Staff Attorney