Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20–10395–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edward Sean Nevius
42 Fairfield Rd
East Brunswick, NJ 08816

Christina Marie Nevius
42 Fairfield Rd
East Brunswick, NJ 08816–3648

Social Security No.:
xxx–xx–9235

xxx–xx–4967

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 01/10/2020 and a confirmation hearing on such Plan has been scheduled for 06/16/2020.

The debtor filed a Modified Plan on 06/03/2020 and a confirmation hearing on the Modified Plan is scheduled for 07/08/2020@10AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: June 4, 2020
JAN: mjb

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 20-10395-MBK
Edward Sean Nevius                                              Chapter 13
Christina Marie Nevius
       Debtors
                               CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin               Page 1 of 2          Date Rcvd: Jun 04, 2020
                              Form ID: 186              Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2020.
db/jdb         +Edward Sean Nevius,   Christina Marie Nevius,   42 Fairfield Rd,
                 East Brunswick, NJ 08816-3648
aty            +Denise Carlon, Esq.,   KML Law Group, PC,   216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
lm              RoundPoint Mortgage Servicing Corp.,   P.O. Box 19409,   Charlotte, NC 28219-9409
518655279      +BARCLAYS BANK DELAWARE,   125 SW Street in,   Wilmington, DE 19808-4630
518655281       CENTRAL JERSEY PEDIATRIC DENTISTRY & OR,   176 Summerhill Rd,   East Brunswick, NJ 08816-4908
518655282       CITIBANK/ BEST BUY,   7 Entin Rd,   Parsippany, NJ 07054-5020
518655284       FIRSTSOURCE ADVANTAGE LLC,   PO Box 628,   Buffalo, NY 14240-0628
518655285       KML LAW GROUP,   2166 HADDON AVE STE 406,   Westmont, NJ 08108
518655286       LVNV FUNDING/ RESURGENT,   6801 S Cimarron Rd Ste 424J,   Las Vegas, NV 89113-2273
518655291       PRESSLER FELT WARSHAW,   7 Entin Rd,   Parsippany, NJ 07054-5020
518655292       PROSPER MARKEYPLACE,   221 Main St Ste 300,   San Francisco, CA 94105-1909
518655293       ROUNDPOINT,   PO Box 19409,   Charlotte, NC 28219-9409
518655294       ROUNDPOINT/ DRAPER AND KRAMER MORTGAGE,   5016 Parkway Plaza Blvd Ste 200,
                 Charlotte, NC 28217-1930
518746193      +RoundPoint Mortgage Servicing Corporation,   446 Wrenplace Road,   Fort Mill, SC 29715-0200
518655295     ++SNAP ON CREDIT LLC,   950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
                (address filed with court: SNAP ON CREDIT LLC,   950 Technology Way Ste 301,
                 Libertyville, IL  60048-5339)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 04 2020 23:34:56     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 04 2020 23:34:53     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518655280       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 04 2020 23:31:54     CAPITAL ONE,
                 1680 Capital One Dr,   McLean, VA 22102-3407
518655283      +E-mail/Text: mediamanagers@clientservices.com Jun 04 2020 23:34:14     CLIENT SERVICE,
                 3451 Harry S Truman Blvd,   Saint Charles, MO 63301-9816
518747422       E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 04 2020 23:35:07     Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
518711321       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 04 2020 23:43:28     LVNV Funding, LLC,
                 c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518678920       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 04 2020 23:32:37     MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
518655287       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 04 2020 23:32:35     MERRICK BANK CORP,
                 10705 S Jordan Gtwy Ste 200,   South Jordan, UT 84095-3977
518655288       E-mail/Text: bankruptcydpt@mcmcg.com Jun 04 2020 23:34:52     MIDLAND FUNDING LLC,
                 2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
518746506      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 04 2020 23:34:52     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
518655290       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 04 2020 23:43:40
                 Portfolio Recovery Associates,   120 Corporate Blvd Ste 100,   Norfolk, VA 23502-4952
518699730       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 04 2020 23:43:21
                 Portfolio Recovery Associates, LLC,   c/o Barclays Bank Delaware,   POB 41067,
                 Norfolk VA 23541
518699812       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 04 2020 23:43:21
                 Portfolio Recovery Associates, LLC,   c/o CAPITAL ONE BANK (USA), N.A.,   POB 41067,
                 Norfolk, VA 23541
518699823       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 04 2020 23:43:22
                 Portfolio Recovery Associates, LLC,   c/o CAPITAL ONE, N.A.,   POB 41067,   Norfolk, VA 23541
518655289       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 04 2020 23:43:21
                 Portfolio Recovery Assocates,   120 Corporate Blvd Ste 100,   Norfolk, VA 23502-4952
518757599      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 04 2020 23:43:48     Verizon,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 16

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin            Page 2 of 2              Date Rcvd: Jun 04, 2020
                              Form ID: 186           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Edward   Hanratty    on behalf of Debtor Edward Sean Nevius
               thanratty@centralnewjerseybankruptcylawyer.com,  aaguirre@centralnewjerseybankruptcylawyer.com
              Edward   Hanratty    on behalf of Joint Debtor Christina Marie Nevius
               thanratty@centralnewjerseybankruptcylawyer.com,  aaguirre@centralnewjerseybankruptcylawyer.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 5
```