UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

EDWARD SEAN NEVIUS
CHRISTINE MARIE NEVIUS
    Debtor

Case No.: 20-10395 MBK

Chapter: 13

Hearing Date: 6/16/20

Judge: Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

___ Settled        X  Withdrawn

Matter:    Order Dismissing Case, Doc #60 was filed in error.

_____

Date: 6/18/20

_/s/ Albert Russo_____
Signature
Albert Russo
Standing Chapter 13 Trustee

*rev.8/1/15*