Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20–10395–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edward Sean Nevius
42 Fairfield Rd
East Brunswick, NJ 08816

Christina Marie Nevius
42 Fairfield Rd
East Brunswick, NJ 08816–3648

Social Security No.:
xxx–xx–9235

xxx–xx–4967

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on June 17, 2020.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 17, 2020
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 20-10395-MBK
Edward Sean Nevius                                                                              Chapter 13
Christina Marie Nevius
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2              Date Rcvd: Jun 17, 2020
                            Form ID: 148             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2020.
```
db/jdb         +Edward Sean Nevius,    Christina Marie Nevius,    42 Fairfield Rd,
                 East Brunswick, NJ 08816-3648
aty            +Denise Carlon, Esq.,    KML Law Group, PC,    216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
lm              RoundPoint Mortgage Servicing Corp.,    P.O. Box 19409,    Charlotte, NC 28219-9409
518655279      +BARCLAYS BANK DELAWARE,    125 SW Street in,    Wilmington, DE 19808-4630
518655281       CENTRAL JERSEY PEDIATRIC DENTISTRY & OR,    176 Summerhill Rd,    East Brunswick, NJ 08816-4908
518655282       CITIBANK/ BEST BUY,    7 Entin Rd,    Parsippany, NJ 07054-5020
518655285       KML LAW GROUP,    2166 HADDON AVE STE 406,    Westmont, NJ 08108
518655286       LVNV FUNDING/ RESURGENT,    6801 S Cimarron Rd Ste 424J,    Las Vegas, NV 89113-2273
518655291       PRESSLER FELT WARSHAW,    7 Entin Rd,    Parsippany, NJ 07054-5020
518655292       PROSPER MARKEYPLACE,    221 Main St Ste 300,    San Francisco, CA 94105-1909
518655293       ROUNDPOINT,    PO Box 19409,    Charlotte, NC 28219-9409
518655294       ROUNDPOINT/ DRAPER AND KRAMER MORTGAGE,    5016 Parkway Plaza Blvd Ste 200,
                 Charlotte, NC 28217-1930
518746193      +RoundPoint Mortgage Servicing Corporation,    446 Wrenplace Road,    Fort Mill, SC 29715-0200
518655295     ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
               (address filed with court: SNAP ON CREDIT LLC,    950 Technology Way Ste 301,
                 Libertyville, IL 60048-5339)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 17 2020 23:06:18     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 17 2020 23:06:17     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518655280       EDI: CAPITALONE.COM Jun 18 2020 02:48:00     CAPITAL ONE,   1680 Capital One Dr,
                 McLean, VA 22102-3407
518655283      +E-mail/Text: mediamanagers@clientservices.com Jun 17 2020 23:05:38     CLIENT SERVICE,
                 3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
518655284       EDI: FSAE.COM Jun 18 2020 02:48:00     FIRSTSOURCE ADVANTAGE LLC,   PO Box 628,
                 Buffalo, NY 14240-0628
518747422       EDI: JEFFERSONCAP.COM Jun 18 2020 02:48:00     Jefferson Capital Systems LLC,   Po Box 7999,
                 Saint Cloud Mn 56302-9617
518711321       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 17 2020 23:09:46     LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10587,   Greenville, SC 29603-0587
518678920       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 17 2020 23:09:36     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
518655287       E-mail/PDF: MerrickBKNotifications@resurgent.com Jun 17 2020 23:10:02     MERRICK BANK CORP,
                 10705 S Jordan Gtwy Ste 200,    South Jordan, UT 84095-3977
518655288       EDI: MID8.COM Jun 18 2020 02:48:00     MIDLAND FUNDING LLC,   2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
518746506      +EDI: MID8.COM Jun 18 2020 02:48:00     Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
518655290       EDI: PRA.COM Jun 18 2020 02:48:00     Portfolio Recovery Associates,
                 120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
518699730       EDI: PRA.COM Jun 18 2020 02:48:00     Portfolio Recovery Associates, LLC,
                 c/o Barclays Bank Delaware,    POB 41067,   Norfolk VA 23541
518699812       EDI: PRA.COM Jun 18 2020 02:48:00     Portfolio Recovery Associates, LLC,
                 c/o CAPITAL ONE BANK (USA), N.A.,    POB 41067,   Norfolk, VA 23541
518699823       EDI: PRA.COM Jun 18 2020 02:48:00     Portfolio Recovery Associates, LLC,
                 c/o CAPITAL ONE, N.A.,    POB 41067,   Norfolk, VA 23541
518655289       EDI: PRA.COM Jun 18 2020 02:48:00     Portfolio Recovery Assocates,
                 120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
518757599      +EDI: AIS.COM Jun 18 2020 02:48:00     Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 17
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 17, 2020
                              Form ID: 148             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                                    Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Roundpoint Mortgage Servicing Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Edward   Hanratty    on behalf of Debtor Edward Sean Nevius
               thanratty@centralnewjerseybankruptcylawyer.com,  aaguirre@centralnewjerseybankruptcylawyer.com
              Edward   Hanratty    on behalf of Joint Debtor Christina Marie Nevius
               thanratty@centralnewjerseybankruptcylawyer.com,  aaguirre@centralnewjerseybankruptcylawyer.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 5
```