Form 149 – ntcvaco

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 20−10395−MBK
          Chapter: 13
          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Edward Sean Nevius | Christina Marie Nevius |
| 42 Fairfield Rd | 42 Fairfield Rd |
| East Brunswick, NJ 08816 | East Brunswick, NJ 08816−3648 |

Social Security No.:
  xxx−xx−9235                                   xxx−xx−4967

Employer's Tax I.D. No.:

## NOTICE OF ORDER VACATING
## AN ORDER OF DISMISSAL

     NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered on 6/17/20 has been vacated effective 6/19/20.

Dated: June 19, 2020
JAN: wir

                                                                Jeanne Naughton
                                                               Clerk

```
Case 20-10395-MBK    Doc 65    Filed 06/21/20    Entered 06/22/20 00:34:46    Desc Imaged
                          Certificate of Notice    Page 2 of 3
```

```
                           United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                          Case No. 20-10395-MBK
Edward Sean Nevius                                              Chapter 13
Christina Marie Nevius
        Debtors
                              **CERTIFICATE OF NOTICE**

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Jun 19, 2020
                              Form ID: 149             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2020.
```
db/jdb         +Edward Sean Nevius,    Christina Marie Nevius,    42 Fairfield Rd,
                 East Brunswick, NJ 08816-3648
aty            +Denise Carlon, Esq.,    KML Law Group, PC,    216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
lm              RoundPoint Mortgage Servicing Corp.,    P.O. Box 19409,    Charlotte, NC  28219-9409
518655279      +BARCLAYS BANK DELAWARE,    125 SW Street in,    Wilmington, DE 19808-4630
518655281       CENTRAL JERSEY PEDIATRIC DENTISTRY & OR,    176 Summerhill Rd,    East Brunswick, NJ 08816-4908
518655282       CITIBANK/ BEST BUY,    7 Entin Rd,    Parsippany, NJ  07054-5020
518655284       FIRSTSOURCE ADVANTAGE LLC,    PO Box 628,    Buffalo, NY  14240-0628
518655285       KML LAW GROUP,    2166 HADDON AVE STE 406,    Westmont, NJ  08108
518655286       LVNV FUNDING/ RESURGENT,    6801 S Cimarron Rd Ste 424J,    Las Vegas, NV  89113-2273
518655291       PRESSLER FELT WARSHAW,    7 Entin Rd,    Parsippany, NJ  07054-5020
518655292       PROSPER MARKEYPLACE,    221 Main St Ste 300,    San Francisco, CA  94105-1909
518655293       ROUNDPOINT,    PO Box 19409,    Charlotte, NC  28219-9409
518655294       ROUNDPOINT/ DRAPER AND KRAMER MORTGAGE,    5016 Parkway Plaza Blvd Ste 200,
                 Charlotte, NC  28217-1930
518746193      +RoundPoint Mortgage Servicing Corporation,    446 Wrenplace Road,    Fort Mill, SC 29715-0200
518655295     ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
               (address filed with court: SNAP ON CREDIT LLC,    950 Technology Way Ste 301,
                 Libertyville, IL  60048-5339)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 20 2020 02:20:12      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2020 02:20:09      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518655280       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 20 2020 02:17:40      CAPITAL ONE,
                 1680 Capital One Dr,    McLean, VA  22102-3407
518655283      +E-mail/Text: mediamanagers@clientservices.com Jun 20 2020 02:18:50      CLIENT SERVICE,
                 3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
518747422       E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 20 2020 02:20:35      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518711321       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2020 02:16:26      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518678920       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 20 2020 02:16:42      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518655287       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 20 2020 02:16:01      MERRICK BANK CORP,
                 10705 S Jordan Gtwy Ste 200,    South Jordan, UT  84095-3977
518655288       E-mail/Text: bankruptcydpt@mcmcg.com Jun 20 2020 02:20:08      MIDLAND FUNDING LLC,
                 2365 Northside Dr Ste 300,    San Diego, CA  92108-2709
518746506      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 20 2020 02:20:08      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
518655290       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 20 2020 02:16:17
                 Portfolio Recovery Associates,    120 Corporate Blvd Ste 100,    Norfolk, VA  23502-4952
518699730       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 20 2020 02:17:47
                 Portfolio Recovery Associates, LLC,    c/o Barclays Bank Delaware,    POB 41067,
                 Norfolk VA 23541
518699812       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 20 2020 02:17:47
                 Portfolio Recovery Associates, LLC,    c/o CAPITAL ONE BANK (USA), N.A.,    POB 41067,
                 Norfolk, VA 23541
518699823       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 20 2020 02:17:46
                 Portfolio Recovery Associates, LLC,    c/o CAPITAL ONE, N.A.,    POB 41067,    Norfolk, VA 23541
518655289       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 20 2020 02:16:17
                 Portfolio Recovery Assocates,    120 Corporate Blvd Ste 100,    Norfolk, VA  23502-4952
518757599      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 20 2020 02:28:48      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 16
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Jun 19, 2020
                              Form ID: 149             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2020 at the address(es) listed below:
          Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon     on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Edward   Hanratty     on behalf of Debtor Edward Sean Nevius
           thanratty@centralnewjerseybankruptcylawyer.com,   aaguirre@centralnewjerseybankruptcylawyer.com
          Edward   Hanratty     on behalf of Joint Debtor Christina Marie Nevius
           thanratty@centralnewjerseybankruptcylawyer.com,   aaguirre@centralnewjerseybankruptcylawyer.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 6
```