Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20–10395–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edward Sean Nevius
42 Fairfield Rd
East Brunswick, NJ 08816

Christina Marie Nevius
42 Fairfield Rd
East Brunswick, NJ 08816–3648

Social Security No.:
  xxx–xx–9235                           xxx–xx–4967

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     9/9/20
Time:     02:00 PM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Edward Hanratty, Debtor's Attorney

COMMISSION OR FEES
fee: $1163.35

EXPENSES
expenses: $68.52.

If this is a chapter 13 case, the fees and expenses awarded:

☑  will not reduce the amount to be paid to general unsecured creditors under the plan.

☐  will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 6, 2020
JAN: kmm

                                                  Jeanne Naughton
                                                  Clerk

Case 20-10395-MBK    Doc 78    Filed 08/08/20    Entered 08/09/20 00:27:46    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 20-10395-MBK
Edward Sean Nevius                                                  Chapter 13
Christina Marie Nevius
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Aug 06, 2020
                              Form ID: 137             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2020.
db/jdb         +Edward Sean Nevius,    Christina Marie Nevius,    42 Fairfield Rd,
                 East Brunswick, NJ 08816-3648
aty            #+Denise Carlon, Esq.,    KML Law Group, PC,    216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
lm              RoundPoint Mortgage Servicing Corp.,    P.O. Box 19409,    Charlotte, NC  28219-9409
518655279      +BARCLAYS BANK DELAWARE,    125 SW Street in,    Wilmington, DE 19808-4630
518655281       CENTRAL JERSEY PEDIATRIC DENTISTRY & OR,    176 Summerhill Rd,    East Brunswick, NJ  08816-4908
518655282       CITIBANK/ BEST BUY,    7 Entin Rd,    Parsippany, NJ  07054-5020
518655284       FIRSTSOURCE ADVANTAGE LLC,    PO Box 628,    Buffalo, NY  14240-0628
518655285       KML LAW GROUP,    2166 HADDON AVE STE 406,    Westmont, NJ  08108
518655286       LVNV FUNDING/ RESURGENT,    6801 S Cimarron Rd Ste 424J,    Las Vegas, NV  89113-2273
518655291       PRESSLER FELT WARSHAW,    7 Entin Rd,    Parsippany, NJ  07054-5020
518655292       PROSPER MARKEYPLACE,    221 Main St Ste 300,    San Francisco, CA  94105-1909
518655293       ROUNDPOINT,    PO Box 19409,    Charlotte, NC  28219-9409
518655294       ROUNDPOINT/ DRAPER AND KRAMER MORTGAGE,    5016 Parkway Plaza Blvd Ste 200,
                 Charlotte, NC  28217-1930
518746193      +RoundPoint Mortgage Servicing Corporation,    446 Wrenplace Road,    Fort Mill, SC 29715-0200
518655295      ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
                (address filed with court:  SNAP ON CREDIT LLC,    950 Technology Way Ste 301,
                 Libertyville, IL  60048-5339)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 07 2020 00:28:00     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 07 2020 00:27:56     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518655280       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 07 2020 00:34:01      CAPITAL ONE,
                 1680 Capital One Dr,    McLean, VA  22102-3407
518655283      +E-mail/Text: mediamanagers@clientservices.com Aug 07 2020 00:27:13      CLIENT SERVICE,
                 3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
518747422       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 07 2020 00:28:09      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518711321       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 07 2020 00:34:09      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518678920       E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 07 2020 00:33:57      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
518655287       E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 07 2020 00:34:25      MERRICK BANK CORP,
                 10705 S Jordan Gtwy Ste 200,    South Jordan, UT  84095-3977
518655288       E-mail/Text: bankruptcydpt@mcmcg.com Aug 07 2020 00:27:56     MIDLAND FUNDING LLC,
                 2365 Northside Dr Ste 300,    San Diego, CA  92108-2709
518746506      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 07 2020 00:27:56     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
518655290       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 07 2020 00:34:04
                 Portfolio Recovery Associates,    120 Corporate Blvd Ste 100,    Norfolk, VA  23502-4952
518699730       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 07 2020 01:56:45
                 Portfolio Recovery Associates, LLC,    c/o Barclays Bank Delaware,    POB 41067,
                 Norfolk VA 23541
518699812       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 07 2020 00:34:04
                 Portfolio Recovery Associates, LLC,    c/o CAPITAL ONE BANK (USA), N.A.,    POB 41067,
                 Norfolk, VA 23541
518699823       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 07 2020 00:35:04
                 Portfolio Recovery Associates, LLC,    c/o CAPITAL ONE, N.A.,    POB 41067,   Norfolk, VA 23541
518655289       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 07 2020 00:34:05
                 Portfolio Recovery Assocates,    120 Corporate Blvd Ste 100,    Norfolk, VA  23502-4952
518757599      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 07 2020 00:35:11      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3              User: admin              Page 2 of 2              Date Rcvd: Aug 06, 2020
                                  Form ID: 137             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Edward   Hanratty    on behalf of Debtor Edward Sean Nevius
               thanratty@centralnewjerseybankruptcylawyer.com,  aaguirre@centralnewjerseybankruptcylawyer.com
              Edward   Hanratty    on behalf of Joint Debtor Christina Marie Nevius
               thanratty@centralnewjerseybankruptcylawyer.com,  aaguirre@centralnewjerseybankruptcylawyer.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 6
```