Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−10395−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edward Sean Nevius
42 Fairfield Rd
East Brunswick, NJ 08816

Christina Marie Nevius
42 Fairfield Rd
East Brunswick, NJ 08816−3648

Social Security No.:
xxx−xx−9235

xxx−xx−4967

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   was entered on .

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 2, 2020
JAN: kmm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Edward Sean Nevius  
Christina Marie Nevius  
    Debtors

Case No. 20-10395-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 | Date Rcvd: Sep 02, 2020 |
|---|---|---|---|
| | Form ID: 148 | Total Noticed: 31 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2020.

```
db/jdb         +Edward Sean Nevius,    Christina Marie Nevius,    42 Fairfield Rd,
                 East Brunswick, NJ 08816-3648
aty           #+Denise Carlon, Esq.,    KML Law Group, PC,    216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
lm             RoundPoint Mortgage Servicing Corp.,    P.O. Box 19409,    Charlotte, NC  28219-9409
518655279     +BARCLAYS BANK DELAWARE,    125 SW Street in,    Wilmington, DE 19808-4630
518655281      CENTRAL JERSEY PEDIATRIC DENTISTRY & OR,    176 Summerhill Rd,    East Brunswick, NJ  08816-4908
518655282      CITIBANK/ BEST BUY,    7 Entin Rd,    Parsippany, NJ  07054-5020
518655285      KML LAW GROUP,    2166 HADDON AVE STE 406,    Westmont, NJ  08108
518655286      LVNV FUNDING/ RESURGENT,    6801 S Cimarron Rd Ste 424J,    Las Vegas, NV  89113-2273
518655291      PRESSLER FELT WARSHAW,    7 Entin Rd,    Parsippany, NJ  07054-5020
518655292      PROSPER MARKEYPLACE,    221 Main St Ste 300,    San Francisco, CA  94105-1909
518655293      ROUNDPOINT,    PO Box 19409,    Charlotte, NC  28219-9409
518655294      ROUNDPOINT/ DRAPER AND KRAMER MORTGAGE,    5016 Parkway Plaza Blvd Ste 200,
                 Charlotte, NC  28217-1930
518746193     +RoundPoint Mortgage Servicing Corporation,    446 Wrenplace Road,    Fort Mill, SC 29715-0200
518655295    ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
              (address filed with court:   SNAP ON CREDIT LLC,    950 Technology Way Ste 301,
                 Libertyville, IL  60048-5339)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 03 2020 00:43:14     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 03 2020 00:43:12     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518655280      EDI: CAPITALONE.COM Sep 03 2020 04:03:00      CAPITAL ONE,    1680 Capital One Dr,
                 McLean, VA  22102-3407
518655283     +E-mail/Text: mediamanagers@clientservices.com Sep 03 2020 00:42:18     CLIENT SERVICE,
                 3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
518655284      EDI: FSAE.COM Sep 03 2020 04:03:00      FIRSTSOURCE ADVANTAGE LLC,    PO Box 628,
                 Buffalo, NY  14240-0628
518747422      EDI: JEFFERSONCAP.COM Sep 03 2020 04:03:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
518711321      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 03 2020 00:44:35     LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
518678920      E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 03 2020 00:44:18     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518655287      E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 03 2020 00:44:53     MERRICK BANK CORP,
                 10705 S Jordan Gtwy Ste 200,    South Jordan, UT  84095-3977
518655288      EDI: MID8.COM Sep 03 2020 04:03:00      MIDLAND FUNDING LLC,    2365 Northside Dr Ste 300,
                 San Diego, CA  92108-2709
518746506     +EDI: MID8.COM Sep 03 2020 04:03:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
518655290      EDI: PRA.COM Sep 03 2020 04:03:00      Portfolio Recovery Associates,
                 120 Corporate Blvd Ste 100,    Norfolk, VA  23502-4952
518699730      EDI: PRA.COM Sep 03 2020 04:03:00      Portfolio Recovery Associates, LLC,
                 c/o Barclays Bank Delaware,    POB 41067,    Norfolk VA 23541
518699812      EDI: PRA.COM Sep 03 2020 04:03:00      Portfolio Recovery Associates, LLC,
                 c/o CAPITAL ONE BANK (USA), N.A.,    POB 41067,    Norfolk, VA 23541
518699823      EDI: PRA.COM Sep 03 2020 04:03:00      Portfolio Recovery Associates, LLC,
                 c/o CAPITAL ONE, N.A.,    POB 41067,    Norfolk, VA 23541
518655289      EDI: PRA.COM Sep 03 2020 04:03:00      Portfolio Recovery Assocates,
                 120 Corporate Blvd Ste 100,    Norfolk, VA  23502-4952
518757599     +EDI: AIS.COM Sep 03 2020 04:03:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 17
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court  
immediately.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 02, 2020
                              Form ID: 148             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2020 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Edward    Hanratty    on behalf of Debtor Edward Sean Nevius
           thanratty@centralnewjerseybankruptcylawyer.com,   aaguirre@centralnewjerseybankruptcylawyer.com
          Edward    Hanratty    on behalf of Joint Debtor Christina Marie Nevius
           thanratty@centralnewjerseybankruptcylawyer.com,   aaguirre@centralnewjerseybankruptcylawyer.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 6
```